UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILBERT INGRAM IV,

                Plaintiff,

– against –

ANDREW CUOMO, THOMAS P. DINAPOLI, LETITIA JAMES, ROSSANA ROSADO, ANTONY BLINKEN, MG DONNA W. MARTIN, MERRICK GARLAND, DAVID P. PEKOSKE, KEVIN K. MCALEENAN, US DEPARTMENT OF HOMELAND SECURITY, MARK A. MORGAN, FEDERAL BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT, *and* UNITED STATES OF AMERICA AND STATES,

                Defendants.

**ORDER**

22 Civ. 5067 (ER)

RAMOS, D.J.:

    Plaintiff William Ingram IV, who appears *pro se*, originally brought this action as a miscellaneous action for which he paid a $49 filing fee. By order dated June 16, 2022, the Court directed the Clerk of Court to administratively close Plaintiff's miscellaneous action, and to reopen it as a new civil action assigned to the undersigned. ECF 1:22-MC-0147, Doc. 3. Accordingly, the Clerk of Court has reopened this action as a new civil action under docket number 1:22-CV-5067, and has assigned it to the undersigned.

    To proceed with a civil action in this court, a plaintiff must either pay at total of $402 in fees – a $350 filing fee plus a $52 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a completed and signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff has paid only a $49 fee to bring this action, and he has not submitted an IFP

application. The Court therefore directs the Clerk of Court to refund to Plaintiff the $49 fee he paid in the miscellaneous action, 1:22-MC-0147, and to mail a copy of this order to the Plaintiff. The Court also directs Plaintiff, within 30 days of the date of this order, to either pay a total $402 in fees or complete, sign, and submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 1:22-CV-5067 (ER). If the Court grants the IFP application, Plaintiff will be permitted to proceed in the new civil action without prepayment of fees. *See* § 1915(a)(1).

No summons shall issue at this time with respect to the new civil action. If Plaintiff complies with this order, the new civil action shall be processed in accordance with the procedures of the Clerk of Court. If Plaintiff fails to comply with this order within the time allowed, the new civil action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 22, 2022
         New York, New York

                                                                    _____
                                                                         Edgardo Ramos, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

_____

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*   ☐ Yes   ☐ No   (If "No," go to Question 2.)

    I am being held at: _____

    Do you receive any payment from this institution?   ☐ Yes   ☐ No

    Monthly amount: _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☐ No

    If "yes," my employer's name and address are:

    Gross monthly pay or wages: _____

    If "no," what was your last date of employment? _____

    Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment    ☐ Yes   ☐ No
    (b) Rent payments, interest, or dividends             ☐ Yes   ☐ No

(c) Pension, annuity, or life insurance payments ☐ Yes ☐ No
(d) Disability or worker's compensation payments ☐ Yes ☐ No
(e) Gifts or inheritances ☐ Yes ☐ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☐ Yes ☐ No
(g) Any other sources ☐ Yes ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____    _____
Dated                               Signature

_____    _____
Name (Last, First, MI)              Prison Identification # (if incarcerated)

_____    _____
Address               City          State          Zip Code

_____    _____
Telephone Number                    E-mail Address (if available)