UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILBERT INGRAM IV,

               Plaintiff,

v.

ANDREW CUOMO, THOMAS P. DINAPOLI, LETITIA JAMES, ROSSANA ROSADO, ANTONY BLINKEN, MG DONNA W. MARTIN, MERRICK GARLAND, DAVID P. PEKOSKE, KEVIN K. MCALEENAN, US DEPARTMENT OF HOMELAND SECURITY, MARK A. MORGAN, FEDERAL BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT, *and* UNITED STATES OF AMERICA,

               Defendants.

**ORDER**

22 Civ. 5067 (ER)

Ramos, D.J.:

    The Court issued an order on June 22, 2022 directing the plaintiff to either pay the civil filing fee or to request authorization to proceed without prepayment of fees within 30 days.  Doc. 4.  As of this date, the plaintiff has not complied with the order.  Accordingly, the case is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.  *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

    The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff and to close the case.

    It is SO ORDERED.

Dated: August 23, 2022
       New York, New York

                                          Edgardo Ramos, U.S.D.J.