**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wilbert L. Ingram IV @Corp Sole

Write the full name of each plaintiff or petitioner.

Case No. 22 CV 5067 (ER)

-against-

Andrew Cuomo et AL.

NOTICE OF MOTION

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that ___Wilbert L. Ingram IV @Corpsole___
                        plaintiff or defendant    name of party who is making the motion

requests that the Court:

Re-Open the case with the appropriate fees, Ready to pay,

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply): ALL Documentation on the record.

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

3/20/2023
Dated

Signature ... ALL RIGHTS RESERVED

Wilbert L. Ingram IV
Name

Prison Identification # (if incarcerated)

400 Jay Street #Box 60 Brooklyn   New York   11201
Address                    City      State    Zip Code

Telephone Number (if available)    E-mail Address (if available)

SDNY Rev: 5/24/2016

> The motion is denied. The case was closed on August 23, 2022, because Plaintiff had failed to comply with a court order. Plaintiff gives no reason to re-open the case. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: October 2, 2023
> New York, New York